THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949)376-3500
Fax: (949)376-3070
Email: tquinn@nokesquinn.com

J. ANTHONY LOVE (Admitted Pro Hac Vice)
KENDALL W. CARTER (Admitted Pro Hac Vice)
MERYL W. ROPER (Admitted Pro Hac Vice)
KING & SPALDING LLP
1180 PEACHTREE STREET NE
ATLANTA, GA  30309
Tel: (404)572-4600
Fax: (404)572-5100
Email: TLove@kslaw.com
Email: KCarter@kslaw.com
Email:  MRoper@kslaw.com

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAYKUHI AVETISYAN<br><br>    Plaintiff,<br><br>    vs.<br><br>EQUIFAX INFORMATION SERVICES LLC<br><br>    Defendant. | Case No.: 2:14-cv-00161-AB-AS<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Haykuhi Avetisyan hereby notifies the Court that she and Defendant

- 1 –
NOTICE OF SETTLEMENT

Equifax Information Services LLC have settled all claims between them in this matter and are in the process of completing the final closing documents and filing dismissal papers. The parties request that the Court retain jurisdiction for any matters related to completing or enforcing the settlement. The parties expect the settlement process to take up to 30 days from this Notice.

Dated: June 17, 2015   KAASS LAW

 /s/ Vahag Matevosian *(with permission)*
VAHAG MATEVOSIAN
ARMEN KIRAMIJYAN
Attorneys for Defendant
EQUIFAX INFORMATION
SERVICES LLC

Dated: June 17, 2015   NOKES & QUINN

 /s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.
Attorneys for Defendant
EQUIFAX INFORMATION
SERVICES LLC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 –
NOTICE OF SETTLEMENT

# CERTIFICATE OF SERVICE
**Haykuhi Avetisyan v. Equifax Information Services LLC**
**Case No: 2:14-cv-00161-AB-AS**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On **June 17, 2015**, I served a true copy of:

**NOTICE OF SETTLEMENT**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Jennifer J. Maston
Jennifer J. Maston

Place of Mailing: Laguna Beach, California.

Executed on **June 17, 2015**, at Laguna Beach, California.

## SERVICE LIST

Armen Kiramijyan, Esq.
Vahag Matevosian, Esq.
Kaass Law
313 East Broadway, #944
Glendale, California 91209
Tel: (310)943-1171
Fax: (310)943-1172
consumerlitigationteam@kaass.com
***Attorney for Plaintiff,
Haykuhi Avetisyan***

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 4 –
NOTICE OF SETTLEMENT