UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Haykuhi Avetisyan<br><br>Plaintiff(s)<br>v.<br><br>Equifax Information Services LLC<br><br>Defendant(s). | CASE NUMBER<br><br>2:14-cv-00161-AB-AS<br><br>*Supplemental/Subsequent*<br>MEDIATION REPORT |

***Instructions:*** *The mediator shall file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator shall file a subsequent Report.*

1. ☑ An *additional* mediation was held on (date): June 12, 2015        .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by Civil L.R. 16-15.5(b).

   ☐ Did not appear as required by Civil L.R. 16-15(b).

   ☐ Plaintiff or plaintiff's representative failed to appear.
   ☐ Defendant or defendant's representative failed to appear.
   ☐ Other:

3. Did the case settle?

   ☒ Yes, fully.
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   (date:) _____ .

Dated: June 12, 2015

_Joan B. Kessler_
Signature of Mediator

Joan B. Kessler, Esq.
Name of Mediator (print)

The Mediator is to electronically file original document.

ADR-03 (01/12)                MEDIATION REPORT                Page 1 of 1